UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00332-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS ALBERTO GONZALEZ-MARTINEZ;
2. MARCO ANTONIO CANO-CABALLERO; and
3. ROBERTO GARCIA-MALTOS,

    Defendants.

---

## ORDER

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, September 29, 2008,** and responses to these motions shall be filed by **Thursday, October 9, 2008**. It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, October 17, 2008, at 4:00 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, October 27, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: August 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge