IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00332-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. CARLOS ALBERTO GONZALEZ-MARTINEZ,**
2. MARCO ANTONIO CANO-CABALLERO, and
3. ROBERTO GARCIA-MALTOS,

    Defendants.

---

## ORDER

---

    Upon the motion of the United States of America, and for good cause shown, it is

    ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

    DATED: December 18, 2008.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL
                                      CHIEF UNITED STATES DISTRICT JUDGE